# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00278-CR
## NO. 03-13-00279-CR

**Johnathan Aire Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
## NOS. 12-1220CR & 12-1688CR, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Robert A. Caine, appointed counsel for appellant Johnathan Aire Johnson, has filed motions to abate these appeals because Johnson has been found incompetent to stand trial in separate criminal proceedings, has been committed to a mental-health facility for sixty days, and is unable to assist counsel in the prosecution of these appeals. *See* Tex. Code Crim. Proc. art. 46B.071 (procedure after determination of incompetency to stand trial), .073 (commitment to mental-health facility for restoration to competency).

We grant the motions and abate these appeals. Mr. Caine is instructed to file a report no later than March 17, 2014, informing this Court about the status of Johnson's mental-health commitment and requesting an extension of the abatement or reinstatement of these appeals.

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   January 16, 2014

Do Not Publish